Civil Actions

# Case Summary

## Case No. 2025-CAB-005664

| | | |
|---|---|---|
| **Caroline Jhingory v. Meta Platforms c/o The Corporation Trust Company** | § § § | Location: **Civil Actions** <br> Judicial Officer: **Okun, Robert D** <br> Filed on: **08/25/2025** |

---

## Case Information

Case Type: Tort

Subtype: Abuse of Process

Case Status: **08/25/2025   Open**

---

## Assignment Information

**Current Case Assignment**

Case Number       2025-CAB-005664
Court             Civil Actions
Date Assigned     08/25/2025
Judicial Officer  Okun, Robert D

---

## Party Information

*Lead Attorneys*

**Plaintiff**       **Jhingory, Caroline**

1763 Columbia RD Northwest
STE 175
Waahington, DC 20009

**Pro Se**
202-510-0484(H)
1763 Columbia RD
Northwest
STE 175
Waahington, DC 20009
caroline.jhingory@gmail.com

**Defendant**       **Meta Platforms c/o The Corporation Trust Company**

1156 15th ST Northwest

STE 605
Washington, DC 20005

## Events and Orders of the Court

08/25/2025 
Complaint Filed
*No Summons Submitted*
Docketed on:   08/25/2025
Filed by:   Plaintiff Jhingory, Caroline

08/25/2025 Appl. to Proceed w/o Prepayment of Cost Filed
Docketed On:   08/25/2025
Filed By:   Plaintiff Jhingory, Caroline

08/25/2025 Appl. to Proceed w/o Prepayment of Cost Granted by Clerk

08/25/2025 
Initial Order [Remote]     (Judicial Officer: Okun, Robert D)

08/25/2025 Notice of Acknow to be Iss by Civil Clerks Off for Def

09/03/2025 
Complaint,Summons,and I.O. with Ack Form mailed to Deft(s)
*First Notice Sent to Deft(s)*
Party:   Defendant Meta Platforms c/o The Corporation Trust Company

12/12/2025 
**Remote Initial Scheduling Conference**   (9:30 AM)   (Judicial Officer: Okun, Robert D)

## Financial Information

**Plaintiff**     Jhingory, Caroline
Total Financial Assessment                    120.00
Total Payments and Credits                    120.00
**Balance Due as of 09/29/2025**                **0.00**



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

2025-CAB-005664

Case No. _____

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

| | | |
|---|---|---|
| **Caroline Jhingory** | | **Meta Platforms** |
| PLAINTIFF | vs | DEFENDANT |
| **1763 Columbia Rd NW Ste 175** | | **1156 15th ST Northwest STE 605** |
| Address (No Post Office Boxes) | | Address (No Post Office Boxes) |
| **Washington   DC         20009** | | **Washington   DC         20005** |
| City      State      Zip Code | | City      State      Zip Code |
| **202-510-0484** | | |
| Telephone Number | | Telephone Number |
| **caroline.jhingory@gmail.com** | | **dpierson@meta.com** |
| *Email Address (optional)* | | *Email Address (optional)* |

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

An order directing Defendant Meta Platforms, Inc. to immediately remove all accounts operated by Takia Marie Nelson and Starr Baker that have been used to publish Plaintiff's personally identifiable information, issue threats, or otherwise harass Plaintiff.

An order directing Defendant Meta Platforms, Inc. to restore Plaintiff's legitimate account and associated content, which has been wrongfully disabled, restricted, or suppressed as a result of the ongoing harassment.

An award of monetary damages in the amount of One Million Dollars ($1,000,000.00) to compensate Plaintiff for severe financial harm, emotional distress, reputational injury, and exacerbation of existing medical conditions caused by Defendant's failure to act.

2. What relief are you requesting from the Court? Include any request for money damages.

An order directing Defendant Meta Platforms, Inc. to immediately and permanently remove all accounts operated by Takia Marie Nelson and Starr Baker that have been used to expose Plaintiff's personally identifiable information, issue threats, stalk, or otherwise harass Plaintiff.

An order directing Defendant Meta Platforms, Inc. to restore Plaintiff's legitimate account and content, which has been wrongfully restricted or disabled as a result of the harassment.

An award of monetary damages in the amount of One Million Dollars ($1,000,000.00) based on Defendant's negligence in the design, monitoring, and enforcement of its platform; its failure to safeguard Plaintiff against the unauthorized use of her identity and PII; and its reckless disregard for Plaintiff's safety, which directly caused severe financial harm, reputational injury, emotional distress, and aggravation of Plaintiff's cardiopulmonary medical condition.

3.  State any other information, of which the Court should be aware:

Over the past year, Plaintiff has repeatedly utilized Meta's customer service channels and has even communicated

directly with Meta personnel, including Jennifer Newstead and Donald Pierson. Despite this notice and

opportunity to act, Defendant has willfully refused to remove or disable the accounts publishing Plaintiff's

personally identifiable information or the accounts used to issue repeated death threats against Plaintiff.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

**SIGNATURE**

August 25, 2025

**DATE**

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____

(Notary Public/Deputy Clerk)



☰

NOTICE: This application does NOT support payments for fines or costs. Refer to User Guide for more information.    ✕

**Search Criteria:** Name "nelson, takia"; All Court Levels; Adult Criminal/Traffic Division; All Courts    ✎

☑ Select/Unselect All                     **Search Results**            🏠 Subscribe    🗔 Details

*SPOTSYLVANIA COUNTY J&DR COURT*
○ Case #: **JA048419-01-00**
Defendant: **NELSON, KIEV TAKIA**
Offense Date: **06/25/2025**
Hearing: **09/03/2025**
Charge: **SC/FTA 06.25.2025**
Code Section: **18.2-456(A)(6)**

*Fredericksburg General District Court*
○ Case #: **GT21001748-00**
Defendant: **NELSON, KIEV TAKIA**
Offense Date: **04/20/2021**
Hearing: **05/21/2021**
Charge: **FAIL TO OBEY TRAFFIC SIGNAL**
Code Section: **46.2-833**

*Spotsylvania General District Court*
○ Case #: **GT20004308-00**
Defendant: NELSON, KIEV TAKIA
Offense Date: **03/17/2020**
Hearing: **07/15/2020**
Charge: **FAIL TO OBEY HIGHWAY SIGN**
Code Section: **46.2-830**



*ALEXANDRIA J&DR COURT*
○ Case #: **JA015662-01-00**
Defendant: **NELSON, TAKIA**
Offense Date: **01/18/2007**
Hearing: **02/26/2007**
Charge: **ASSAULT: ON FAMILY MEMBER**
Code Section: **18.2-57.2**

*Mecklenburg General District Court*
○ Case #: **GT23004827-00**
Defendant: **NELSON, TAKIA JONE'T**
Offense Date: **05/10/2023**
Hearing: **07/06/2023**
Charge: **70/55 SP**
Code Section: **G.46.2-870**

*Mecklenburg General District Court*
○ Case #: **GT20004667-00**
Defendant: **NELSON, TAKIA JONE'T**
Offense Date: **07/07/2020**
Hearing: **08/13/2020**
Charge: **75/60 SP**
Code Section: **G.46.2-870**

*Arlington General District Court*
○ Case #: **GC25002277-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **03/13/2025**
Hearing: **07/11/2025**
Charge: **USE COMPUTER FOR HARASSMENT**
Code Section: **18.2-152.7:1**



*Arlington General District Court*
○ Case #: **GC25002278-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **03/13/2025**
Hearing: **07/11/2025**



**NOTICE:** This application does NOT support payments for fines or costs. Refer to User Guide for more information.

  

***Search Criteria:*** *Name "nelson, takia"; All Court Levels; Adult Criminal/Traffic Division; All Courts*

Defendant: **NELSON, TAKIA MARIE**
Offense Date: **01/02/2025**
Hearing: **02/03/2025**
Charge: **PETIT LARCENY**
Code Section: **18.2-96**

*Stafford General District Court*
Case #: **GC25000295-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **09/16/2024**
Hearing: **08/20/2025**
Charge: **PETIT LARC <$1000 NOT FRM PERS**
Code Section: **18.2-96**

*Stafford General District Court*
Case #: **GC23011094-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **06/17/2023**
Hearing: **10/12/2023**
Charge: **FALSE RPT OF CRIME TO POLICE**
Code Section: **18.2-461**

*FAIRFAX COUNTY J&DR COURT*
Case #: **JA418730-04-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **05/30/2023**
Hearing: **12/14/2023**
Charge: **SCR/FTC-VISITATION**
Code Section: **16.1-292**

*PRINCE WILLIAM COUNTY J&DR COURT*
Case #: **JA100132-01-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **04/10/2023**
Hearing: **11/06/2024**
Charge: **VIOL OF J&DR COURT ORDER**
Code Section: **16.1-292**

*Stafford General District Court*
Case #: **GC23011091-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **09/09/2022**
Hearing: **10/12/2023**
Charge: **IMPERSONATE LAW ENFORCEMENT**
Code Section: **18.2-174**

*Stafford General District Court*
Case #: **GC23011092-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **09/09/2022**
Hearing: **10/12/2023**
Charge: **ID THEFT: ID TO DEFRAUD<=$1000**
Code Section: **18.2-186.3**

*Stafford General District Court*
Case #: **GC23011093-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **09/09/2022**
Hearing: **10/12/2023**
Charge: **OBTAIN CREDIT CARD NO.LARCENY**
Code Section: **18.2-192**

*Fairfax County General District Court*
Case #: **GT23114770-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **09/06/2022**
Hearing: **11/08/2023**

   

NOTICE: This application does NOT support payments for fines or costs. Refer to User Guide for more information.

*Search Criteria:* Name "nelson, takia"; All Court Levels; Adult Criminal/Traffic Division; All Courts

Defendant: **NELSON, TAKIA MARIE**
Offense Date: **09/03/2022**
Hearing: **11/08/2023**
Charge: **HOT LANES VIOL 4TH**
Code Section: **33.2-503(3)(4)**

*Fairfax County General District Court*
Case #: **GT23114767-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **09/02/2022**
Hearing: **11/08/2023**
Charge: **HOT LANES VIOL 2ND**
Code Section: **33.2-503(3)(2)**

*Fairfax County General District Court*
Case #: **GT23114768-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **09/02/2022**
Hearing: **11/08/2023**
Charge: **HOT LANES VIOL 3RD**
Code Section: **33.2-503(3)(3)**

*Fairfax County General District Court*
Case #: **GT23114766-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **09/01/2022**
Hearing: **11/08/2023**
Charge: **HOT LANES VIOL 1ST**
Code Section: **33.2-503(3)**

*Fairfax County General District Court*
Case #: **GT24009562-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **07/20/2022**
Hearing: **03/13/2024**
Charge: **HOT LANES VIOL 3RD**
Code Section: **33.2-503(3)(3)**

*Fairfax County General District Court*
Case #: **GT24009561-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **07/19/2022**
Hearing: **03/13/2024**
Charge: **HOT LANES VIOL 2ND**
Code Section: **33.2-503(3)(2)**

*Fairfax County General District Court*
Case #: **GT24009560-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **07/18/2022**
Hearing: **03/13/2024**
Charge: **HOT LANES VIOL 1ST**
Code Section: **33.2-503(3)**

*Fairfax County General District Court*
Case #: **GT22045742-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **05/09/2022**
Hearing: **06/22/2022**
Charge: **UNAUTH VEH - HOT LANES - 1ST**
Code Section: **33.2-503-4**

*Stafford Circuit Court*
Case #: **CR22000481-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **04/30/2022**
Hearing: **07/28/2022**

**NOTICE:** This application does NOT support payments for fines or costs. Refer to User Guide for more information.

*Search Criteria:* Name "nelson, takia"; All Court Levels; Adult Criminal/Traffic Division; All Courts

Defendant: **NELSON, TAKIA MARIE**
Offense Date: **04/30/2022**
Hearing: **05/26/2022**
Charge: **OPR VEH WHILE HOLD PHONE**
Code Section: **46.2-818.2A**

*Fairfax County General District Court*
Case #: **GT17084808-01**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **09/05/2017**
Hearing: **10/03/2017**
Charge: **FAIL TO APPEAR, MISD OFFENSE**
Code Section: **19.2-128**

*Fairfax County General District Court*
Case #: **GC17120945-01**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **07/31/2017**
Hearing: **10/30/2017**
Charge: **FAIL TO APPEAR, MISD OFFENSE**
Code Section: **19.2-128**

*Fairfax County General District Court*
Case #: **GC17120945-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **06/03/2017**
Hearing: **10/30/2017**
Charge: **PETIT LARC <$200 NOT FRM PERSN**
Code Section: **18.2-96**

*Alexandria General District Court*
Case #: **GC17003441-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **05/06/2017**
Hearing: **12/28/2018**
Charge: **PUBLIC RECORDS: FORGERY**
Code Section: **18.2-168**

*Alexandria General District Court*
Case #: **GC17003442-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **05/06/2017**
Hearing: **12/28/2018**
Charge: **OTHER FORGERY, EMPLOY AS TRUE**
Code Section: **18.2-172**

*Alexandria General District Court*
Case #: **GC17003443-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **05/06/2017**
Hearing: **12/28/2018**
Charge: **IDNTY THFT: OBT ID, AVOID ARST**
Code Section: **18.2-186.3**

*Alexandria General District Court*
Case #: **GT17020571-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **05/06/2017**
Hearing: **12/28/2018**
Charge: **DRIV UNDER REVO/SUSPENSION**
Code Section: **B.46.2-301**

*Alexandria General District Court*
Case #: **GT17020572-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **05/06/2017**
Hearing: **12/28/2018**

**NOTICE:** This application does NOT support payments for fines or costs. Refer to User Guide for more information.

*Search Criteria:* Name "nelson, takia"; All Court Levels; Adult Criminal/Traffic Division; All Courts

Defendant: **NELSON, TAKIA MARIE**
Offense Date: **04/25/2017**
Hearing: **10/03/2017**
Charge: **DRIV UNDER REVO/SUSPENSION**
Code Section: **B.46.2-301**

Fairfax County General District Court
Case #: **GC17179501-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **03/16/2017**
Hearing: **10/04/2017**
Amended Charge: **GRAND LARCENY**
Amended Code Section: **18.2-95**

Fairfax County General District Court
Case #: **GC17065980-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/28/2017**
Hearing: **08/09/2017**
Charge: **OBTAIN CREDIT CARD NO.LARCENY**
Code Section: **18.2-192**

Fairfax County General District Court
Case #: **GC17065981-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/28/2017**
Hearing: **08/09/2017**
Charge: **CREDIT CARD FRAUD: >$200 6M**
Code Section: **18.2-195**

Fairfax County General District Court
Case #: **GC17065986-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/28/2017**
Hearing: **08/09/2017**
Charge: **IDENTY THFT: FINANC LOSS >$200**
Code Section: **18.2-186.3**

Fairfax County General District Court
Case #: **GC17179407-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/28/2017**
Hearing: **10/04/2017**
Charge: **OBTAIN CREDIT CARD NO.LARCENY**
Code Section: **18.2-192**

Fairfax County General District Court
Case #: **GC17179408-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/28/2017**
Hearing: **10/04/2017**
Charge: **CREDIT CARD FRAUD: >$200 6M**
Code Section: **18.2-195**

Fairfax County General District Court
Case #: **GC17179492-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/28/2017**
Hearing: **10/04/2017**
Charge: **IDENTY THFT: FINANC LOSS >$200**
Code Section: **18.2-186.3**

Fairfax County General District Court
Case #: **GC17179493-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/28/2017**
Hearing: **10/04/2017**

 

☰

**NOTICE:** This application does NOT support payments for fines or costs. Refer to User Guide for more information.

**Search Criteria:** Name "nelson, takia"; All Court Levels; Adult Criminal/Traffic Division; All Courts ✎

Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/28/2017**
Hearing: **10/04/2017**
Charge: **OTHER FORGERY/UTTERING**
Code Section: **18.2-172**

Fairfax County General District Court
Case #: **GC17179496-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/28/2017**
Hearing: **10/04/2017**
Charge: **OTHER FORGERY, EMPLOY AS TRUE**
Code Section: **18.2-172**

Fairfax County General District Court
Case #: **GC17179498-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/28/2017**
Hearing: **10/04/2017**
Charge: **ENTER PROPERTY TO DAMAGE, ETC.**
Code Section: **18.2-121**

Fairfax County General District Court
Case #: **GC17179499-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/28/2017**
Hearing: **10/04/2017**
Charge: **IDENTY THFT: FINANC LOSS >$200**
Code Section: **18.2-186.3**

Fairfax County General District Court
Case #: **GC17179500-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/28/2017**
Hearing: **10/04/2017**
Charge: **CONDUCT UNLAW FINANCIAL TRANS**
Code Section: **18.2-246.3**

Fairfax County General District Court
Case #: **GC17065989-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/14/2017**
Hearing: **08/09/2017**
Charge: **OBTAIN CREDIT CARD NO.LARCENY**
Code Section: **18.2-192**

Fairfax County General District Court
Case #: **GC17065990-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/14/2017**
Hearing: **08/09/2017**
Charge: **OBTAIN CREDIT CARD NO.LARCENY**
Code Section: **18.2-192**

Fairfax County General District Court
Case #: **GC17065991-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/14/2017**
Hearing: **08/09/2017**
Charge: **OBTAIN CREDIT CARD NO.LARCENY**
Code Section: **18.2-192**

Fairfax County General District Court
Case #: **GC17065992-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/14/2017**
Hearing: **08/09/2017**



☰

**NOTICE:** This application does NOT support payments for fines or costs. Refer to User Guide for more information.

***Search Criteria:*** Name "nelson, takia"; All Court Levels; Adult Criminal/Traffic Division; All Courts    ✎

Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/14/2017**
Hearing: **10/04/2017**
Charge: **OBTAIN CREDIT CARD NO.LARCENY**
Code Section: **18.2-192**

*Fairfax County General District Court*
Case #: **GC17179402-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/14/2017**
Hearing: **10/04/2017**
Charge: **OBTAIN CREDIT CARD NO.LARCENY**
Code Section: **18.2-192**

*Fairfax County General District Court*
Case #: **GC17179403-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/14/2017**
Hearing: **10/04/2017**
Charge: **OBTAIN CREDIT CARD NO.LARCENY**
Code Section: **18.2-192**

*Fairfax County General District Court*
Case #: **GC17179404-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/14/2017**
Hearing: **10/04/2017**
Charge: **OBTAIN CREDIT CARD NO.LARCENY**
Code Section: **18.2-192**

*Fairfax County General District Court*
Case #: **GC17179405-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/14/2017**
Hearing: **10/04/2017**
Charge: **GRND LARCENY: >=$200 NOT PERSN**
Code Section: **18.2-95**

*Fairfax County General District Court*
Case #: **GC17065982-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/08/2017**
Hearing: **08/09/2017**
Charge: **LARCENY OF CHECKS ETC. >=$200**
Code Section: **18.2-98**

*Fairfax County General District Court*
Case #: **GC17065983-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/08/2017**
Hearing: **08/09/2017**
Charge: **OTHER FORGERY/UTTERING**
Code Section: **18.2-172**

*Fairfax County General District Court*
Case #: **GC17065984-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/08/2017**
Hearing: **08/09/2017**
Charge: **OTHER FORGERY, EMPLOY AS TRUE**
Code Section: **18.2-172**

*Fairfax County General District Court*
Case #: **GC17065985-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/08/2017**
Hearing: **08/09/2017**

☰

🏠 👤 ❓

**NOTICE:** This application does NOT support payments for fines or costs. Refer to User Guide for more information.

***Search Criteria:*** Name "nelson, takia"; All Court Levels; Adult Criminal/Traffic Division; All Courts ✏️

○ Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/08/2017**
Hearing: **08/09/2017**
Charge: **CONDUCT UNLAW FINANCIAL TRANS**
Code Section: **18.2-246.3**

*Fairfax County General District Court*
○ Case #: **GC17065988-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/08/2017**
Hearing: **08/09/2017**
Charge: **ENTER PROPERTY TO DAMAGE, ETC.**
Code Section: **18.2-121**

*Fairfax County General District Court*
○ Case #: **GC17029260-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **12/11/2016**
Hearing: **10/04/2017**
Charge: **PETIT LARCENY 3RD+ OFFENSE**
Code Section: **18.2-96**

*Fairfax County General District Court*
○ Case #: **GT17174773-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **09/01/2016**
Hearing: **11/13/2017**
Charge: **HOT LANES VIOL 2ND**
Code Section: **33.2-503-3-2**

*Fairfax County General District Court*
○ Case #: **GT17174764-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **08/31/2016**
Hearing: **11/13/2017**
Charge: **HOT LANES VIOL 1ST**
Code Section: **33.2-503-3**

*Fairfax County General District Court*
○ Case #: **GT17077213-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **08/13/2016**
Hearing: **05/23/2017**
Charge: **HOT LANES VIOL 4TH**
Code Section: **33.2-503-3-4**

*Fairfax County General District Court*
○ Case #: **GT17077202-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **08/04/2016**
Hearing: **05/23/2017**
Charge: **HOT LANES VIOL 4TH**
Code Section: **33.2-503-3-4**

*Fairfax County General District Court*
○ Case #: **GT17076954-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **07/11/2016**
Hearing: **05/23/2017**
Charge: **HOT LANES VIOL 3RD**
Code Section: **33.2-503-3-3**

*Fairfax County General District Court*
○ Case #: **GT17076945-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **07/10/2016**
Hearing: **05/23/2017**

**NOTICE:** This application does NOT support payments for fines or costs. Refer to User Guide for more information.

**Search Criteria:** Name "nelson, takia"; All Court Levels; Adult Criminal/Traffic Division; All Courts

Defendant: **NELSON, TAKIA MARIE**
Offense Date: **07/08/2016**
Hearing: **05/23/2017**
Charge: **HOT LANES VIOL 1ST**
Code Section: **33.2-503-3**

Fairfax County General District Court
Case #: **GC16067502-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **01/29/2016**
Hearing: **04/13/2016**
Charge: **NO PROOF OF RABIES**
Code Section: **41.1-2-1**

Prince William General District Court
Case #: **GC15013310-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **11/01/2015**
Hearing: **05/31/2016**
Charge: **OTHER FORGERY, EMPLOY AS TRUE**
Code Section: **18.2-172**

Prince William General District Court
Case #: **GC15013311-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **11/01/2015**
Hearing: **05/31/2016**
Charge: **OBTAIN MONEY FALSE PRET >=$200**
Code Section: **18.2-178**

Prince William General District Court
Case #: **GC15013312-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **11/01/2015**
Hearing: **05/31/2016**
Charge: **OTHER FORGERY, EMPLOY AS TRUE**
Code Section: **18.2-172**

Prince William General District Court
Case #: **GC15013313-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **11/01/2015**
Hearing: **05/31/2016**
Charge: **OTHER FORGERY/UTTERING**
Code Section: **18.2-172**

Prince William General District Court
Case #: **GC15013314-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **11/01/2015**
Hearing: **05/31/2016**
Charge: **OTHER FORGERY/UTTERING**
Code Section: **18.2-172**

Fairfax County General District Court
Case #: **GT16127614-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **08/18/2015**
Hearing: **07/29/2016**
Charge: **CIVIL VIOLATION - HOT LANES VIOL 2ND**
Code Section: **33.2-503-3-2**

Fairfax County General District Court
Case #: **GT16127570-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **08/08/2015**
Hearing: **07/29/2016**

**NOTICE:** This application does NOT support payments for fines or costs. Refer to User Guide for more information.

*Search Criteria:* Name "nelson, takia"; All Court Levels; Adult Criminal/Traffic Division; All Courts

Defendant: **NELSON, TAKIA MARIE**
Offense Date: **07/20/2015**
Hearing: **02/09/2016**
Charge: **UNAUTHORZED USE DMV MATERIALS**
Code Section: **46.2-105.1D**

Fairfax County General District Court
Case #: **GT16059464-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **06/22/2015**
Hearing: **04/18/2016**
Charge: **CIVIL VIOLATION - HOT LANES VIOL 2ND**
Code Section: **33.2-503-3-2**

Fairfax County General District Court
Case #: **GT16059292-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **06/05/2015**
Hearing: **04/18/2016**
Charge: **CIVIL VIOLATION - HOT LANES VIOL 1ST**
Code Section: **33.2-503-3**

Fairfax County General District Court
Case #: **GT15046480-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **03/04/2015**
Hearing: **03/31/2015**
Charge: **ILLEGL PARK-RESRVD FOR DISABLD**
Code Section: **46.2-1242**

Arlington General District Court
Case #: **GT15006188-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **02/23/2015**
Hearing: **06/02/2015**
Charge: **DRIVE SUSP**
Code Section: **B.46.2-301**

Fairfax County General District Court
Case #: **GT14287149-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **11/17/2014**
Hearing: **01/15/2015**
Charge: **DRIV UNDER REVO/SUSPENSION**
Code Section: **B.46.2-301**

Fairfax County General District Court
Case #: **GT15140889-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **10/02/2014**
Hearing: **08/31/2015**
Charge: **CIVIL VIOLATION - HOT LANES VIOL 4TH**
Code Section: **33.2-503-3-4**

Fairfax County General District Court
Case #: **GT15140871-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **10/01/2014**
Hearing: **08/31/2015**
Charge: **CIVIL VIOLATION - HOT LANES VIOL 3RD**
Code Section: **33.2-503-3-3**

Fairfax County General District Court
Case #: **GT15140812-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **09/26/2014**
Hearing: **08/31/2015**



☰

  

**NOTICE:** This application does NOT support payments for fines or costs. Refer to User Guide for more information.

***Search Criteria:*** Name "nelson, takia"; All Court Levels; Adult Criminal/Traffic Division; All Courts ✏️

Defendant: **NELSON, TAKIA MARIE**
Offense Date: **09/26/2014**
Hearing: **08/31/2015**
Charge: **CIVIL VIOLATION - HOT LANES VIOL 2ND**
Code Section: **33.2-503-3-2**

*Fairfax County General District Court*
Case #: **GT15062602-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **08/19/2014**
Hearing: **09/15/2015**
Charge: **FAIL PAY TOLL-PHOTO (OWN/OP)4H**
Code Section: **A.46.2-819.1(4)**

*Fairfax County General District Court*
Case #: **GT15062600-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **08/18/2014**
Hearing: **09/15/2015**
Charge: **FAIL PAY TOLL-PHOTO (OWN/OP)2D**
Code Section: **A.46.2-819.1(2)**

*Fairfax County General District Court*
Case #: **GT15062601-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **08/18/2014**
Hearing: **09/15/2015**
Charge: **FAIL PAY TOLL-PHOTO (OWN/OP)3D**
Code Section: **A.46.2-819.1(3)**

*Fairfax County General District Court*
Case #: **GT15062599-00**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **07/22/2014**
Hearing: **09/15/2015**
Charge: **FAIL PAY TOLL-PHOTO (OWN/OP)**
Code Section: **A.46.2-819.1**

*Alexandria Circuit Court*
Case #: **CR01F00468-03**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **11/10/2004**
Hearing: **01/13/2005**
Charge: **PROBATION VIOLATION - FELONY**
Code Section: **19.2-306**

*Alexandria Circuit Court*
Case #: **CR01F00468-03**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **11/10/2004**
Hearing: **01/13/2005**
Charge: **PROBATION VIOLATION - FELONY**
Code Section: **19.2-306**

*Alexandria Circuit Court*
Case #: **CR01F00468-04**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **11/10/2004**
Hearing: **01/13/2005**
Charge: **PROBATION VIOLATION - FELONY**
Code Section: **19.2-306**

*Alexandria Circuit Court*
Case #: **CR01F00468-04**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **11/10/2004**
Hearing: **01/13/2005**



**NOTICE:** This application does NOT support payments for fines or costs. Refer to User Guide for more information.

***Search Criteria:*** *Name "nelson, takia"; All Court Levels; Adult Criminal/Traffic Division; All Courts*

Defendant: **NELSON, TAKIA MARIE**
Offense Date: **06/02/2001**
Hearing: **01/13/2005**
Charge: **THEFT OF CREDIT CARD NUMBERS**
Code Section: **18.2-192**

*Alexandria Circuit Court*
Case #: **CR01F00468-01**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **06/02/2001**
Hearing: **01/13/2005**
Charge: **THEFT OF CREDIT CARD NUMBERS**
Code Section: **18.2-192**

*Alexandria Circuit Court*
Case #: **CR01F00468-02**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **06/02/2001**
Hearing: **01/13/2005**
Charge: **THEFT OF CREDIT CARD NUMBERS**
Code Section: **18.2-192**

*Alexandria Circuit Court*
Case #: **CR01F00468-02**
Defendant: **NELSON, TAKIA MARIE**
Offense Date: **06/02/2001**
Hearing: **01/13/2005**
Charge: **THEFT OF CREDIT CARD NUMBERS**
Code Section: **18.2-192**





**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2025-CAB-005664

**Case Style:** Caroline Jhingory v. Meta Platforms c/o The Corporation Trust Company

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 12/12/2025 | 9:30 AM | Remote Courtroom 518 |

**Please see attached instructions for remote participation.**

Your case is assigned to Associate Judge Robert D Okun.

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Milton C. Lee, Jr.

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb518

   Meeting ID: 129 685 3445

2) When you are ready, click "Join Meeting".

3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.

2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.

3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.

4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩትን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  📞 Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
**(Click here for more information)**



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# District of Columbia Courts

# Tips for Using DC Courts Remote Hearing Sites

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are four remote access sites throughout the community which will operate **Monday – Friday, 8:30 am – 4:00 pm.**

| **Remote Site – 1** |
| --- |
| Balance and Restorative Justice Center |
| 1215 South Capitol Street, SW |
| Washington, DC 20003 |

| **Remote Site – 3** |
| --- |
| Balance and Restorative Justice Center |
| 118 Q Street, NE |
| Washington, DC 20002 |



| **Remote Site – 2** |
| --- |
| Balance and Restorative Justice Center |
| 1110 V Street, SE |
| Washington, DC 20020 |

| **Remote Site – 4** |
| --- |
| Balance and Restorative Justice Center |
| 920 Rhode Island Avenue, NE |
| Washington, DC 20018 |

**If you want to use a remote site location for your hearing**, call 202-879-1900 or email DCCourtsRemoteSites@dcsc.gov at least 24 hours before your hearing to reserve a remote access computer station.

**If you require special accommodations such as an interpreter for your hearing**, please call 202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your case number and any hyperlinks provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

\*Safety and security measures are in place at the remote sites.

**Contact information to schedule your remote access computer station:**
Call:  202-879-1900
Email:  DCCourtsRemoteSites@dcsc.gov




# Tribunales del Distrito de Columbia
## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay cuatro sitios de acceso remoto que funcionarán **de Lunes a Viernes, de 8:30 am a 4:00 pm**.

| **Sito Remoto – 1** |
| --- |
| Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 |

| **Sito Remoto – 3** |
| --- |
| Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 |



| **Sito Remoto – 2** |
| --- |
| Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 |

| **Sito Remoto – 4** |
| --- |
| Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |

**Si desea usar un sitio remoto para su audiencia**, llame al 202-879-1900 o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.

**Si necesita adaptaciones especiales**, como un intérprete para la audiencia, llame al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***
1. Su número de caso y todos los hipervínculos que le hayan proporcionado los Tribunales para la audiencia programada.
2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.
3. Materiales para tomar nota, como papel y lápiz.

\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: 202-879-1900
Correo electrónico: DCCourtsRemoteSites@dcsc.gov



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION - Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Caroline Jhingory
_____
*Plaintiff(s)*

v.                                                          Case No: 2025-CAB-005664

Meta Platforms c/o The Corporation Trust Company
_____
*Defendant(s)*

### NOTICE AND ACKNOWLEDGMENT OF SERVICE

To (insert name and address of the party to be served):
Meta Platforms c/o The Corporation Trust Company
_____
1156 15th ST NW    STE 605
_____
Washington, DC 20005
_____
_____

　　　The enclosed summons, complaint, initial order, and any addendum are served in accordance with Superior Court Rule of Civil Procedure 4(c)(5).

　　　Please sign and date the Acknowledgement at the bottom of the page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, please indicate your relationship to that entity in the space beside your signature. If you are served on behalf of another person and you are authorized to receive process, please indicate your authority in the space beside your signature.

　　　If you do not complete and return the form to the sender within 21 days after it was mailed and you do not show good cause for this failure, you (or the party on whose behalf you are being served) will be required to pay 1) the costs incurred in serving the summons, complaint, initial order, and any addendum in any other manner permitted by law and 2) the reasonable expenses, including attorney's fees, for any motion required to collect those service expenses.

　　　If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days after you have signed, dated, and returned the form (or within 60 days if the party being served is the United States, the District of Columbia, or officers or employees of either). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

　　　This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Order, and Any Addendum was mailed on (insert date): 9/03/2025 _____.

_D. Davis_____              9/03/2025_____
*Signature*                                                          *Date of Signature*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS,
### COMPLAINT, INITIAL ORDER, AND ANY ADDENDUM

　　　I (print name) _____ received a copy of the summons, complaint, initial order, and any addendum in the above captioned matter at (insert address): _____
_____
_____

_____        _____        _____
*Signature*                                          *Relationship to Defendant/Authority*        *Date of Signature*
　　　　　　　　　　　　　　　　　　　　　　　*to Receive Service*

Para pedir una traducción, llame al (202) 879-4828        如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ        번역을 원하시면, (202) 879-4828 로 전화주십시오



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2025-CAB-005664

**Case Style:** Caroline Jhingory v. Meta Platforms c/o The Corporation Trust Company

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 12/12/2025 | 9:30 AM | Remote Courtroom 518 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Robert D Okun. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Milton C. Lee, Jr.

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb518

   Meeting ID: 129 685 3445

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.


**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"


**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

# ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services:**

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/services/information-and-resources/interpreting-and-resources#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

## ፍትሐዊ የቋንቋና የትርጉም አገልግሎት፦

የዲ.ሲ. ፍርድ ቤቶች ከፍርድ ቤቱ ጋር ጉዳይ ላላቸው ወይም እንግሊዝኛ ለማይናገሩ መስማት ለተሳናቸው ሰዎች ነጻ የቋንቋ አገልግሎቶች ይሰጣሉ። የፍርድ ቤት ትዕዛዞችና ሌሎች የፍርድ ቤት ሰነዶች ጉዳዩ የሚመለከተው ወገን በነጻ እንዲተረጎሙለት መጠየቅ ይችላል። አስተርጓሚ ወይም ትርጉም (ከጽሑፍ ወደ ጽሑፍ) ለማግኘት ከጉዳይዎ ሬጅስትራር ጋር ይገናኙ።

ለተጨማሪ መረጃ፣ https://www.dccourts.gov/language-access ይጎብኙ።

ፍትሐዊ የቋንቋ አገልግሎት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት የርስዎን አስተያየት መስጠት ይችላሉ።

፦፦የቋንቋ አቀባበል ይደረጋል፦፦

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings (Click here for more information)



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.



# District of Columbia Courts

# Tips for Using DC Courts Remote Hearing Sites

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are four remote access sites throughout the community which will operate **Monday – Friday, 8:30 am – 4:00 pm.**

| | |
|---|---|
| **Remote Site – 1**<br><br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Remote Site – 3**<br><br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 |





| | |
|---|---|
| **Remote Site – 2**<br><br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Remote Site – 4**<br><br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |

**If you want to use a remote site location for your hearing,** call 202-879-1900 or email DCCourtsRemoteSites@dcsc.gov at least 24 hours before your hearing to reserve a remote access computer station.

**If you require special accommodations such as an interpreter for your hearing,** please call 202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your case number and any hyperlinks provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

\*Safety and security measures are in place at the remote sites.

**Contact information to schedule your remote access computer station:**
Call:  202-879-1900
Email:  DCCourtsRemoteSites@dcsc.gov

 

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay cuatro sitios de acceso remoto que funcionarán **de Lunes a Viernes, de 8:30 am a 4:00 pm**.



| **Sitio Remoto – 1** | **Sitio Remoto – 3** |
|---|---|
| Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 |

| **Sitio Remoto – 2** | **Sitio Remoto – 4** |
|---|---|
| Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |

**Si desea usar un sitio remoto para su audiencia,** llame al 202-879-1900 o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.

**Si necesita adaptaciones especiales,** como un intérprete para la audiencia, llame al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***
1. Su número de caso y todos los hipervínculos que le hayan proporcionado los Tribunales para la audiencia programada.
2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.
3. Materiales para tomar nota, como papel y lápiz.

\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: 202-879-1900
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

Case 1:25-cv-03482-JMC    Document 1-1    Filed 09/29/25    Page 30 of 35    eFiled
8/25/2025 12:13:29 PM
Superior Court
of the District of Columbia



**Superior Court of the District of Columbia**
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

2025-CAB-005664

Case No. _____

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

| Caroline Jhingory | | Meta Platforms |
|---|---|---|
| PLAINTIFF | vs | DEFENDANT |
| 1763 Columbia Rd NW Ste 175 | | 1156 15th ST Northwest STE 605 |
| Address (No Post Office Boxes) | | Address (No Post Office Boxes) |
| Washington  DC        20009 | | Washington  DC        20005 |
| City        State        Zip Code | | City        State        Zip Code |
| 202-510-0484 | | |
| Telephone Number | | Telephone Number |
| caroline.jhingory@gmail.com | | dpierson@meta.com |
| *Email Address (optional)* | | *Email Address (optional)* |

1.  Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

An order directing Defendant Meta Platforms, Inc. to immediately remove all accounts operated by Takia Marie Nelson and Starr Baker that have been used to publish Plaintiff's personally identifiable information, issue threats, or otherwise harass Plaintiff.

An order directing Defendant Meta Platforms, Inc. to restore Plaintiff's legitimate account and associated content, which has been wrongfully disabled, restricted, or suppressed as a result of the ongoing harassment.

An award of monetary damages in the amount of One Million Dollars ($1,000,000.00) to compensate Plaintiff for severe financial harm, emotional distress, reputational injury, and exacerbation of existing medical conditions caused by Defendant's failure to act.

2.  What relief are you requesting from the Court? Include any request for money damages.

An order directing Defendant Meta Platforms, Inc. to immediately and permanently remove all accounts operated by Takia Marie Nelson and Starr Baker that have been used to expose Plaintiff's personally identifiable information, issue threats, stalk, or otherwise harass Plaintiff.

An order directing Defendant Meta Platforms, Inc. to restore Plaintiff's legitimate account and content, which has been wrongfully restricted or disabled as a result of the harassment.

An award of monetary damages in the amount of One Million Dollars ($1,000,000.00) based on Defendant's negligence in the design, monitoring, and enforcement of its platform; its failure to safeguard Plaintiff against the unauthorized use of her identity and PII; and its reckless disregard for Plaintiff's safety, which directly caused severe financial harm, reputational injury, emotional distress, and aggravation of Plaintiff's cardiopulmonary medical condition.

3.  State any other information, of which the Court should be aware:

Over the past year, Plaintiff has repeatedly utilized Meta's customer service channels and has even communicated

directly with Meta personnel, including Jennifer Newstead and Donald Pierson. Despite this notice and

opportunity to act, Defendant has willfully refused to remove or disable the accounts publishing Plaintiff's

personally identifiable information or the accounts used to issue repeated death threats against Plaintiff.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

*Caroline Jhingory*

**SIGNATURE**

August 25, 2025

**DATE**

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____
(Notary Public/Deputy Clerk)

2



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Meta Platforms c/o The Corporation Trust Company
1156 15th ST NW STE 605
Washington DC  20005

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Caroline Jhingory v. Meta Platforms c/o The Corporation Trust Company

**To:**   Meta Platforms c/o The Corporation          **Case Number:**     2025-CAB-005664

**NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE**

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **12/12/2025** at **9:30 AM** in **Remote Courtroom 518**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb518

   Meeting ID: 129 685 3445

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤት ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች ፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ እና'ት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access  ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Caroline Jhingory
1763 Columbia  RD NW STE 175
Waahington DC  20009

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Caroline Jhingory v. Meta Platforms c/o The Corporation Trust Company

**To:**  Caroline Jhingory                    **Case Number:**    2025-CAB-005664

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **12/12/2025** at **9:30 AM** in **Remote Courtroom 518**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb518

   Meeting ID: 129 685 3445

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቋልና የጽሑፍ ትርጓሚ አገልግሎቶች፡**

የዲ.ሲ. ፍርድ ቤቶች መስማትና ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤት ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።